**FILED: 02/24/14**

JS - 6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *United States of America*, </br> Plaintiff, </br> v. </br> *Michael Angel Monsivais*, </br> Defendant. | CASE NO. CV 12-10673-GHK </br> CR 10-00602-GHK </br> </br> JUDGMENT |

Pursuant to the Court's February 24, 2014 Order, IT IS HEREBY ADJUDGED that Defendant's motion pursuant to 28 U.S.C. § 2255 is **DENIED with prejudice**.  Also pursuant to our February 24, 2014 Order, we **DENY** issuance of a certificate of appealability.

**IT IS SO ORDERED**.

DATED: February 24, 2014

_____
GEORGE H. KING
Chief United States District Judge